IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MAURY BRANDON JONES,
ADC #163882                                                                                              PLAINTIFF

V.                              CASE NO. 4:20-CV-236-JM-BD

JAY WINTERS, *et al*.                                                                          DEFENDANTS

## ORDER

The Court has received a Recommendation to dismiss Doe Defendants. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Jones's claims against the Doe Defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate the Does as party Defendants.

IT IS SO ORDERED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE