IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MAURY BRANDON JONES,
ADC #163882                                                                                          PLAINTIFF

V.                              CASE NO. 4:20-CV-236-JM-BD

JAY WINTERS, *et al*.                                                                           DEFENDANTS

## ORDER

The Court has received the Recommendation for dismissal filed by Magistrate Judge Beth Deere and Mr. Jones's objections. After a de novo review of the file, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety. There is no evidence that Mr. Jones exhausted his administrative remedies with respect to these Defendants prior to filing his case.

The Defendants' motion for summary judgment (Doc. No. 16) is GRANTED. Mr. Jones's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies before filing this lawsuit.

IT IS SO ORDERED, this 3rd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE