IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAURY BRANDON JONES,**
**ADC #163882**                                                                                                **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-236-JM-BD**

**JAY WINTERS,** *et al***.**                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE